IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PEARL BROWNING                                                    PLAINTIFF

        v.                              CIVIL NO. 12-5087

CAROLYN W. COLVIN,[1] Commissioner
Social Security Administration                                   DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the

decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have**

**sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 3rd day of July, 2013.


                                        /s/ Erin L. Setser
                                        HON. ERIN L. SETSER
                                        UNITED STATES MAGISTRATE JUDGE

---

[1]Carolyn W. Colvin, has been appointed to serve as acting Commissioner of Social Security, and is substituted as
 Defendant, pursuant to Rule  25(d)(1) of the Federal Rules of Civil Procedure.